**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:19-CV-547-MOC-DCK**

| | | |
|---|---|---|
| **KIMBERLY LAROSA and FRANK LAROSA,** | ) ) ) | |
| **Plaintiffs,** | ) ) | |
| **v.** | ) ) | **ORDER** |
| **AMERICAN MEDICAL SYSTEMS, INC., et al.** | ) ) ) | |
| **Defendants.** | ) ) ) | |

      **THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 10) filed by Brian L. Kinsley, concerning Joseph A. Osborne on November 19, 2019. Joseph A. Osborne seeks to appear as counsel *pro hac vice* for Plaintiffs Kimberly LaRosa and Frank LaRosa. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

      **IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 10) is **GRANTED**. Joseph A. Osborne is hereby admitted *pro hac vice* to represent Plaintiffs Kimberly LaRosa and Frank LaRosa.

      **SO ORDERED**.

Signed: November 19, 2019

David C. Keesler
United States Magistrate Judge