**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-547-MOC-DCK**

| | | |
|---|---|---|
| **KIMBERLY LAROSA and FRANK LAROSA,** | ) | |
| | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **AMERICAN MEDICAL SYSTEMS, INC., et al.** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 11) filed by Brian L. Kinsley, concerning J. Robert Bell, III on November 19, 2019. J. Robert Bell, III seeks to appear as counsel *pro hac vice* for Plaintiffs Kimberly LaRosa and Frank LaRosa. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 11) is **GRANTED**. J. Robert Bell, III is hereby admitted *pro hac vice* to represent Plaintiffs Kimberly LaRosa and Frank LaRosa.

**SO ORDERED**.

Signed: November 19, 2019

David C. Keesler
United States Magistrate Judge